FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 DEC 12  PM 12: 57

JEFFREY P. COLWELL·
CLERK

BY_____DEP. CLK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

## '17 - CV - 02975

Civil Action No.   _____

(To be supplied by the court)

_ALi Bad Kobeh_____ , Plaintiff

v.

_walgreen Alliance group_ ,

_30 67 Souk Sheridan Blve   Denver, Co, 80227_ ,

_other address_ ,

_walgreen Company 604 wilmon Road MS #1456 Deefield, IL, 60015_ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

### EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Ali Badkobeh

(Name and complete mailing address)

1650 Miller Street Lakewood, Co, 80215

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Walgreen Alliance group at 3067 South

(Name and complete mailing address)

Sheriden Blve store 10116    Phone 720-214-0861

(Telephone number and e-mail address if known)

Denver, Co, 80227  Company

Head quarter → Walgreen Store in Denver as above

Defendant 2:

(Name and complete mailing address)

Walgreen Company 104 Wilmon Road # 1456  MS

(Telephone number and e-mail address if known)

Deefield, IL, 60015

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

✓ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

✓ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

✓ Other: *(please specify)*  Retaliation + Herrasment + Termination

2

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: File # 541-2017-04132

# 541-2017-04132 A Notice of Right to Sue

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire          ✔ different terms and conditions of employment

✔ failure to promote         ____ failure to accommodate disability

✔ termination of employment   ✔ retaliation

✔ other: (*please specify*) Failure to Follow DR. Notes for Restriction on Work Related matter

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

✔ race          ____ religion      ✔ national origin      ✔ age

____ color       ✔ sex              ✔ disability

Supporting facts: please see A letter Attach to this Complaint

Letter

CLAIM TWO: _EEOC NoS 541-2015-02423_

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire  ✓ different terms and conditions of employment

✓ failure to promote  ✓ failure to accommodate disability

_in Pharmacy_

✓ termination of employment  ✓ retaliation

✓ other: (*please specify*) _Retaliation, Herresmont_

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

✓ race  _____ religion  ✓ national origin  ✓ age

_____ color  ✓ sex  ✓ disability

Supporting facts:

**Click Here for Additional Claim**

4

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (***You must attach a copy of the administrative charge to this complaint***)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☐ No

## F.    REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Ali-Badicobe h*
(Plaintiff's signature)

*Dec, 12, 2017*
(Date)

(Revised December 2017)

5

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Ali Badkobeh**<br>**1650 Miller Street**<br>**Lakewood, CO 80215** | From: **Denver Field Office**<br>**303 East 17th Avenue**<br>**Suite 410**<br>**Denver, CO 80203** |

☐    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2017-01432 | **Philip Gross,**<br>**Supervisory Investigator** | (303) 866-1318 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**Elizabeth Cadle,**
**District Director**

SEP 1 4 2017

*(Date Mailed)*

Enclosures(s)

cc:   **Kim Metrick**
**Director and Managing Counsel**
**WALGREEN CO.**
**104 Wilmont Road**
**MS# 1456**
**Deerfield, IL 60015**

**Elisa Moran**
**LAW OFFICES OF ELISA MORAN**
**8451 East Oregon Place**
**Denver, CO 80231**

ALi Badkobeh
Dee, 12, 2017

Ali Badkobeh
~~Sep,12,2017~~

1650 Miller street Lakewood Colorado 80215

A formal Complaint and Charge allegation

Dear Sir or Mam

U.S

With all respect to the officer of law and The district court of Denver for state of Colorado.

A notice of Right to sue #541-2017-0413

File # 541 -2017-04132 A notice of Right to sue by MR. Phillips GROSS officer of law at equal
opportunity commissioner Denver Colorado.

File # 32 A - 2016-00338

File #541-2015-0243

Retaliation and discriminatory act by Walgreen manager at the store 10116 at 3067 south
Sheridan street Denver Colorado  80227.

I began working for respondent in 2010 as a pharmacy technician and associate clerk.
 I have engaged in protected activity by making formal complaints about workplace to EEOC
and Civil right about my age and nationality and not limited to, EEOC Nos 541-2015-02423 and
32A-2016-00338 against respondents.
In RETALIATION against me by manager of Walgreen in Denver and only one store #10116 I
have had the terms and conditions of my employment changed in workplace with reduced hours
and harassment and violate my simple right at work place  such like not paying my sick time or
not being paid when the manager  called me  to work for duty. This is violation of law which I
complained to management in professional manner. I was discharged in retaliation by manager
Omayrr Crezzo who she was not on duty or she was not a manager of store no longer at 10116
on duty at the time.
 She was not in stage of alert under influence of medicine and other people were helping her out
with company policy. She did not have the authority to do so by termination of my employment
at Walgreen. She told me she in some point would fire me for reporting my concern to EEOC
and Walgreen corporation hot line.
I have her on My answering machine voice message very shaky and upset when she called me
to work. She retaliated against me and broke the law intentionally for personal gain.  I told her
she is not attorney at law or officer of the law or medical doctors to find or look for my medical
condition. She integrated me for my injury and the condition which I was taking medicine and I
requested time off from work.  She denied sick day and she gave me warning not to call sick
and she needed it paper work from my doctors and Walgreen pharmacy.

However other manager called me to go to work at Walgreen next day. She is the person I have
complained to Hot line and she is the one opened my private letters from police Department
which violated my simple privacy right.. The discrimination act and retaliation act continue
between 12- 01-2016 till 05-03-217 by one individual who she has broken the state and federal
law in pharmacy to cover Up the facts..
I believe strongly that I have been discriminated against in Retaliation for engaging in protected
activities in Violation of Title VII of civil Rights ACT of 1964, as amended, the age discrimination

1

in Employment Act of 1967, as amended, And the Americana with disabilities Act of 1990, as amended receptivity. .

This is a lawsuit action upon Walgreens manager retaliation and discrimination based on solid evidence which occurred during the course of my employment between 2010 and 2017 in store #3067 3607 South Sheridan Blvd, Denver, CO, 80227.

First Cause of Action Age Discrimination in Employment Act

Leading to plaintiff's termination on May 4, 2017

A-1: The defendant's action were intentional violation of the Age Discrimination in Employment Act

A-2: Second cause of action National Origin Discrimination. Plaintiff incorporates by reference paragraphs A through L.

A. I have requested many times she need to pay me for the hours I have done work for her in two different stores and she is accountable and responsible as store manager to pay me. In Feb, 2017

B. I am right to be protected against discrimination and harassment arises by through the Colorado anti-discrimination.

C. Hostile work environment and retaliation in violation of title VII of 1964 civil right act.

D. I was subjected to different terms and condition of employment which was hostile and inappropriate than those who were younger employees at store 10116 → 3067 Sheridan

E. They asked me about MY age and my nationality many times and They created a hostile Environment verbally and by Intimidation.

F. The negligence action of my former manager has indirect cause of harm mentally and physically and over load of work and NO Break- No lunch time

G. The Walgreen manager was negligence per se from 2013 all the way through 2017 at the store 3067 south Sheridan Denver Colorado 80227. Not giving me Break- lunch time

H. The manager of store broke the Federal law and State law many times not just in pharmacy but with labor Department. Not all worked hours were paid to plaintiff.

I. The effects of the practices by one individual and the procedure complained of herein has cause to take away of my equal employment and equality and earning money guaranteed by law in state of Colorado and federal law.

J. The action of Walgreen manager are intentional infliction of emotional distress me to suffer emotional and mental distress and break down after seven years of hard work at Walgreen and retaliation against me to terminated me from work on May, 2017

K. I am entitled for my back pay and earning and Punitive damages for the conduct of the employer.

L. The action of defendants Walgreen manager , as set forth herein , are violation of my rights under Title VII , The 1991 civil Right Act , 42 U.S.C. 2000 , The age discrimination of employment Act  and the laws of the state of Colorado.

M. Walgreen company and alliance group is responsible for back pay of jury duty and Time spent in the court for as witness [witness] to shoplifter at store at 3067 south Sheridan street.

N. Walgreen  must pay my back wages which was due in 2014 , 2015 , and lost wages in 2016 and 2017 due to time clock was not working..

O. The Walgreen company need to pay all my earning in 2017 and 2016 and to investigate about my time and my services which I have done in three different store.

P. Walgreen alliance group is responsible  for safety and security  of the employees . I have called 911 during 2016 and 2107 at least five times.

Q. The Walgreen should have known better to install the new camera system at the Walgreen store at 3067 south Sheridan blve to prevent crime.

R. The Walgreen manager in 2016 was responsible to give me time off from work for sickness and my illness. But she refused to so intentionally.

S. The Walgreen alliance group has to pay me my sick day time off from work, in 2017

Therefore, plaintiff desires

A - Reinstated to plaintiff's prior employment.

B - To cease discriminatory practice, harassment, and retaliation.

C - Compensatory and punitive damages as provided by the law for suffering and lost of income

D - Loss of back wages from May 4, 2017 through August 01, 2017,

E - An award of expenses for witness fees and reasonable fees for the prosecution of this action.

F - All cost, fees, expenses associated with claims, damages, court fees, filing fees, clerk fees.

### Verified Complaint and Jury Demand

The plaintiff, Ali Badkobeh, is seeking an attorney for his council. to Process Law

1 - THis is an action at law to redress the deprivation of rights, privileges and immunities guaranteed by 42 U.S.C, section 200, etc. (title of the Civil Rights Act of 1964 as amended, the Civil Act of 1991) and all its applicable provisions as well as Age Discrimination in Employment Act of 1967 and the laws of the State of Colorado.

### Parties

- Plaintiff was born on November 26, 1959 and he is 58 years of age
- Plaintiff is member of protected class, Iranian origin. U.S. Citizen

3

- Plaintiff was employed full time since September 10, 2010 to May 4, 2017 at Walgreens at 3607 South Sheridan Blvd, Denver, CO, 80227

Factual Allegation

- Plaintiff's job was as a Pharmacy Tech, Associate Clerk, and Maintenance
- Plaintiff was never disciplined with the exception of one customer complaint in July of 2012
- Plaintiff received two awards from Mrs. Kelly Simson/ good men  who she was the boss of mike Bickford (District Officer at Walgreens) in 2011 and 2013 and 2015
- Plaintiff received Employee of the Month award in April of 2017 at Walgreens, 3067 South Sheridan Blvd, Denver, CO, 80227
- The behavior of the manager created a hostile work environment
- The plaintiff was treated differently than younger employees because of plaintiff's age and nationality
- Between 2016 and 2017, six younger females were promoted to shift leader with no previous experience and no college education. They got promoted less than 3 months to become shift leader and they were not achiever or did not meet the criteria to be a shift leader.
- The negligent action of employer has directly harmed plaintiff
- Retaliation claim is a true core factor towards my termination in 2017 since I was involved in protective activity with the regulatory agency in the State of Colorado Since 2015
- Younger employees were not written up or disciplined and were given provincial treatment after behavior like showing up late to work or NO show.
- The effects of the practices and policies complained of herein have been to deprive the plaintiffs of equal employment opportunities guaranteed by law. 2015
- I have filed my employment discrimination claim with EEOC on September 15, 2015.
- A right letter sue was issued on September 13, 2017 which has all charges of discrimination and retaliation against Walgreen's Alliance Group at 3067 South Sheridan Blvd, Denver, CO, 80227
- The employee manager, Omyra Crezzo, terminated my employment on May 4, 2017 based on retaliation and no good cause. She was not store manager at that time (there was a new manager Mrs. Kim row) was store manager at the time. I have requested many times that Crezzo pay for the hours I worked at two different Walgreen stores and she was the responsible manager during those hours worked.
- Crezzo asked plaintiff about his age and nationality many times by intimidation and humiliation. Plaintiff reported this behavior to the district officer, Mrs. Marci and the hotline corporate office in September 2016 meal time, Break time
- I am seeking attorney of law to assist with this matter in the court.
- I praise the equal opportunity commissioner, Department of Regulatory Agencies, and the court to put my case forward for due process.
- I have the same equality of pay in workplace as others to get paid for working hours and overtime pay require by law in state of Colorado.

4

- I believe that I have been discriminated against in retaliation for engaging in protected activities in Violation of Title VII of the civil Right act of 1964 , as Amended , The Age discrimination in Employment Act of 1967 , as amended , and The American with disability Act of 1990, as amended .
- The action of defendants Walgreen manager , as set forth herein , are violation of my rights under Title VII , The 1991 civil Right Act , 42 U.S.C. 2000 , The age discrimination of employment Act and the laws of the state of Colorado.
- I was achiever to pharmacy Department by pharmacist and I was helping the drive though pick up and handling medication and I was certifying tech and I was train to do so.
- The manager of store several times failed the national certification test for pharmacy and she was not able to work under supervision of pharmacist to dispense medicine and she took the law in her Hand to shows she is in charge.  Also The district manager was not certify technician but they were telling new manager what is expectation in the pharmacy.
- My point is That the store manager and district manager violated pharmacy state and federal law and They humiliated me by termination and low grade point on my annual performance, and write up which No Cause —
- I was internist pharmacy at sun Luks hospital for five years and I never had a bad performance.  I was also A great achiever to former district officer for Walgreen in Pharmacy department. in 2014 - 2015

Sincely yours
/ Ali Badkobex
Dec, 12, 2017

5